NOT FOR PUBLICATION

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| SPINIELLO COMPANIES, | **Hon. Dennis M. Cavanaugh** |
| Plaintiff, | **ORDER** |
| v. | Civil Action No. 07-CV-2689 (DMC) |
| HARTFORD FIRE INSURANCE COMPANY, |  |
| Defendant. |  |

This matter coming before the Court upon cross motions by Plaintiff Spiniello Companies ("Plaintiff") and Defendant Hartford Fire Insurance Company ("Defendant") for summary judgment pursuant to Fed. R. Civ. P. 56; and the Court having further reviewed all submissions; and for the reasons stated in its Opinion issued on this day;

IT IS on this  21  day of November, 2008;

**ORDERED** that Plaintiff's motion for partial summary judgment on the breach of contract claim is **granted**; and

**ORDERED** that Defendant's motion for summary judgment is **denied**.

 S/ Dennis M. Cavanaugh  
Dennis M. Cavanaugh, U.S.D.J.

Original: Clerk
cc: All Counsel of Record
 Hon. Mark Falk, U.S.M.J.
 File